UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Greter Raquel Martinez                    Case No.: 25-25051-LMI
                                                   Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of LVNV Funding, LLC / Resurgent Capital Services and Notice of Hearing was sent to all parties on the attached service list on March 5, 2026.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806
Hollywood, FL 33027

First Class Mail:

Debtor(s), Greter Raquel Martinez
6910 NW 174TH TER APT G105
Hialeah, FL 33015

Resurgent Capital Services
c/o Lorel Thompson, Claims Proc.
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC /
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

RESURGENT CAPITAL SERVICES L.P.
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

RESURGENT CAPITAL SERVICES L.P.
c/o ALEGIS GROUP LLC
55 Beattie Place, Suite 110
GREENVILLE, SC 29601

LVNV FUNDING LLC
c/o Faliero, Bryan, CEO
355 S Main Street, STE 300-D
Greenville, SC 29601

LF-70 (rev. 12/01/09)

LVNV FUNDING LLC
c/o Faliero, Bryan, CEO
55 Beattie Place Suite 110
Greenville, SC 29601


Respectfully submitted:      **Jose A. Blanco, P.A.**
<u>March 5, 2026</u>      By: <u>*/s/ Jose A. Blanco*</u> | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)